# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427
~~~~

**Abdul K. Hassan, Esq.**                                                                                     Tel: 718-740-1000
Email: abdul@abdulhassan.com                                                                  Fax: 718-740-2000
*Employment and Labor Lawyer*                                                      Web: www.abdulhassan.com

**June 4, 2024**

**Via ECF**

Hon. Colleen McMahon, USDJ
United States District Court, SDNY
500 Pearl St.
New York, NY 10007-1312

<u>**Re: Richards v. Mainstream Electric, Inc. et al**</u>
**Case No. 22-CV-04482 (CM)**
**Notice of Settlement and Request for Adjournment**

Dear Judge McMahon:

    My firm represents plaintiff in the above-referenced action, and I respectfully write to notify the Court that the parties have reached a settlement of this action and intend to file any necessary papers with the Court shortly as per the Second Circuit's decisions in *Cheeks v. Freeport Pancake House, Inc.,* 796 F.3d 199 (2d Cir. 2015) and *Samake v. Thunder Lube, Inc.,* 24 F.4$^{th}$ 804 (2d Cir. 2022). In light of the settlement, we kindly request an adjournment sine die of all upcoming appearances and deadlines.

    I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510) - *Counsel for Plaintiff*

**cc:**    **Defense Counsels via ECF**